UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

Lafiyah Lenora Thomas

2024 AUG -6 P 1:12

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Steven Kiviat
Appeals Officer
Shawn Corey Carter
Cory Booker
Beyonce Gislle Knowls-Carter
Camron Ezeek giles

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Lafiyah Lenora Thomas
            Street Address    15 Goldsmith Ave  3a
            County, City      Essex  Newark
            State & Zip Code  NJ   07112
            Telephone Number  862-452-9792

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Steven Kiviat Appeals Officer
Street Address 6401 Security Blv
County, City Baltimore County, Baltimore
State & Zip Code MD 21235

Defendant No. 2
Name Cory Booker Senator/Mayor
Street Address Market Street near Newark Penn Station
County, City Essex Newark Washington D.C.
State & Zip Code New Jersey 20520

Defendant No. 3
Name Cameron Ezeck Giles The Diplomats
Street Address Laffeyette Street
County, City Hudson County NY
State & Zip Code New York

Defendant No. 4
Name Ms Olabisa SSI Rep
Street Address 1101 Raymond Blvd
County, City Essex, Newark
State & Zip Code NJ

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
- [ ] Federal Questions
- [ ] Diversity of Citizenship
- [x] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **Baltimore Maryland**

B. What date and approximate time did the events giving rise to your claim(s) occur? **July 18 2024**

C. Facts:

**What happened to you?**
I have been denied SSI/SSID 4 Times. My Case is on a federal level. My Medical Records state SchizoAffect and Bipolar Active. I am currently being treated by medical doctors for my Disability Mental Illness.

**Who did what?**
Steven Kiviat Denied My Case of Review. The ATJ Desion for money was denied. I seen Judge John Benson July 28 2023 on Zoom for a hearing

**Was anyone else involved?**
Judge John Benson, Cory Booker, The Diplomat Records JAY-Z Rockafella Records Shawn Cory Carter

**Who else saw what happened?**
Ms. Olabis 1101 Raymond BLVD Newark, NJ
Judge John Benson
Senator Cory Booker

- 3 -

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. N/A

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

File a Civil Action and File a Complaint to win my money and back pay. I will like the Court to explain to me substantial evidence isn't enough, find the error of law so it can be fixed or understood to me. I will like to know if there are any issues with cyber Crime. I am fighting for something I qualify for. This money is Relief from Slander.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 08 day of 2 August 2, 20 24.

Signature of Plaintiff Lafiyah Lenora Thomas
Mailing Address 15 Goldsmith Ave 3
Newark, NJ, 07112

Telephone Number 862·452·9792
Fax Number *(if you have one)*
E-mail Address LafiyahThomas@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: Lafiyah Lenora Thomas

- 5 -