CERTIFICATION OF SERVICE

I, **lafiyah L Thomas**, certify that a copy of my motion was served
(Name of Moving Party)

by **mail** on **Aug 6 2024** upon:
(Mail, Personal Service, etc.)   (Date)

**Steven Kiviat**
(Name of Opposing Party)

**6401 Security Blvd**

**Baltimore, Baltimore**

**County, MD 21235-6401**
(Address of Opposing Party)

*[signature: Lafiyah L Thomas]*
Name (Signature)