

2:24 ES ~~scribbled~~ ES JBC
08314

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2024 AUG 29 P 2:50

Attention clearks,        08/29/24
your honor, Amaned

I well lphe additeinal time to complete my application.

- Notice of motion
- Certificate of service
- ~~moving~~ Opposing Party, Pro se to Recieve documents electronicly, Signiture of ligitant.
- I cannot Remember the Judge Social Security Commisioner's Name. I left it in my house by mistake can I Please bring any other information friday 08/30/24 ASAP to complete my file. I have to put the case NO: on 30 papers. Right at the moment, it is alot of work and so many pappers. Thank you

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __N/A Newark, NJ USA__

Defendant(s) state(s) of citizenship __Baltimore MD  Newark, NJ__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Newark, New Jersey and Baltimore Maryland. Newark NJ 50 Walnut street__

B. What date and approximate time did the events giving rise to your claim(s) occur? __July 18 2024. December 12 2023, 10/18/2023 - August 27- 2024__

C. Facts: [What happened to you?] __I was denied SSI and or SSID. for working. There is a error law, the aJD appears to have abused thier discretion. I got denied SSI/SSID because The decision is not supported by substail evidence or/and a issue that may affect the public interest. I got denied benifits for, I can adjust to other work, basis__

[Who did what?] __I Applied for Denifits and I got Dienied by John, Denson, Stevin Kiviat and the administrator laws upon a request of Reconsideration. and the State law who works with www.SocialSecurity.gov/disability/Appeal__

[Was anyone else involved?] __State Of New Jersey Department of labor and work force Development Division of Disability Services Post Office box 649 Newark, NJ 07162__

[Who else saw what happened?] __N/A__

-3-

2:24 CV 08314 ES JBC

224cv08314 ESJBC

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. N/A

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I will like the Court to grant me disability Benifits I will like the court to redress what I am seeking in court I will like the court judgment a order from a court granting remedy of Social Sect/Payments. I am pleading. To set from burden. to set free from burden. I have included all my treatments and Physician. I want the Court to Apporve my claims. for the payment to be made. I will like the court to understand I cannot work due to mental impairments. The basis for such compensation will make me happy, and feel better. It can help me take care of myself better myself and Pay past due bill. I will like the court to correct any mistake in Judgement due to certain circumstances.

C/ No: 2:24-cv-8314-ES-JBC

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __08__ day of __28__, 20__24__.

Signature of Plaintiff __LJ Thomas__
Mailing Address __15 goldsmith Ave 3A Newark, NJ 07112__

Telephone Number __862-482-9792__
Fax Number (if you have one) _____
E-mail Address __LafiyahThomas@yahoo.com__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Lafiyah J Thomas__

2:24CV 08314 ES JBC

Helpful Hints:

~ All original papers submitted for consideration to the Court are to be filed with the **Clerk of this Court**. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting pro se). Proof that service has been made is provided by a certificate of service. This certificate should be filed in the case along with the original papers and should show the day and manner of service.

Example: "I, (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. Mail, properly addressed this (date) day of (month), (year)."

_____
(Signature)

~ Any request for court action shall be set forth in a motion, properly filed and served. (Please see the Motion Guide included in this packet.)

~ No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. **All relevant information and papers are to be directed to the Clerk.**

~ The parties should notify the Clerk's office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.